# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-2977
LT Case No. 2020-CF-001101-A

_____

TODD R. MAGGIO,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 Appeal from the Circuit Court for Citrus County.
Joel D. Fritton, Judge.

Todd R. Maggio, Trenton, pro se.

No Appearance for Appellee.


May 14, 2024


PER CURIAM.

    AFFIRMED.


SOUD, KILBANE, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____